FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00318-BNB

DURON A. PENN,

    Applicant,

v.

C.A. DANIELS,

    Respondent.

---

### ORDER OF DISMISSAL

---

Plaintiff, Duron A. Penn, is a prisoner in the custody of the United States Bureau of Prisons. At the time that he initiated this action, Mr. Penn was incarcerated at the United States Penitentiary in Florence, Colorado. He initiated this action by filing a "§ 2241 Habeas Corpus Petition under 28 United States Code § 2241".

In an order filed on May 9, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Penn to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Penn was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form. The May 9 order warned Mr. Penn that if he failed to cure the designated deficiency within the time allowed, the action would be dismissed without further notice.

On May 18, 2011, the May 9 Order to Cure Deficiency was returned to the Court as undeliverable. Mr. Penn has not communicated with the Court since May 5, 2011. He has now failed to cure the deficiencies within the time provided. He has also failed to notify the Court of his change of address in a timely manner as required by the Local

Rules of Practice of this Court. *See* D.C.COLO.LCivR 10.1M. (notice of new address to be filed within five days after any change of address). Therefore, this action will be dismissed for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Duron A. Penn, to comply with the order to cure dated May 9, 2011. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __16th__ day of ___June___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00318-BNB

Duron A Penn
Reg. No. 12396-007
USP Florence - High
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 16, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk